John S. Delikanakis (NV Bar #5928)
Erin Gettel (NV Bar #13877)
SNELL & WILMER L.L.P.
1700 S. Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: jdelikanakis@swlaw.com
       egettel@swlaw.com

*Attorneys for Defendant Bank of America, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FACILITY CARE CKC LLC; ROSELINE C. DIKE dba CKC ENTERPRISES,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A.; DOE I – X and ROE 1 – 10 Inclusive,<br><br>**Defendants.** | Case No.: 2:23-cv-01819-JCM-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Defendant, Bank of America, NA, by and through its counsel John S. Delikanakis, Esq. of Snell & Wilmer LLP and Plaintiffs, Facility Care CKC LLC and Roseline C. Dike dba CKC Enterprises, by and through their counsel, Guinness Ohazuruike, Esq. of Guinness Law Firm stipulate and submit the following Stipulation and Order for Dismissal with Prejudice.

The parties hereby **STIPULATE AND AGREE AS FOLLOWS**:

1. This case is dismissed *with prejudice* upon the Court signing the Order below.
2. Any and all pending hearings, dates, and relevant deadlines should be vacated.
3. The Parties are to bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

- 2 -

Dated this 8th day of November 2024.

**SNELL & WILMER L.L.P.**

/s/ *[signature]*
John S. Delikanakis, Esq.
Nevada Bar No. 5928
Erin Gettel, Esq.
Nevada Bar No. 13877
1700 S. Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135

*Attorneys for Defendant*

Dated this 8th day of November 2024.

**GUINNESS LAW FIRM**

/s/ *[signature]*
GUINNESS OHAZURUIKE, ESQ.
Nevada Bar No. 11321
6845 W. Charleston Blvd., Suite A
Las Vegas, Nevada 89117

*Attorneys for Plaintiffs*

## ORDER

Based upon the Stipulation of the Parties, and good cause appearing:

IT IS HEREBY ORDERED that this case is dismissed with prejudice.

DATED December 2, 2024

*[signature]*
UNITED STATES DISTRICT JUDGE

4873-5606-0919